# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ANTHONY D. GOMEZ, # 51980**                                            **PETITIONER**

**V.**                                        **CIVIL ACTION NO. 1:14cv193-HSO-RHW**

**JAMES FALK and ATTORNEY**
**GENERAL OF THE STATE OF**
**MISSISSIPPI**                                                            **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this case is

**DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 13th day of May, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE