IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANTHONY D. GOMEZ, # 51980**                                              **PETITIONER**

v.                                    **CAUSE NO. 1:14cv193-HSO-RHW**

**JAMES FALK and ATTORNEY
GENERAL OF THE STATE OF
MISSISSIPPI**                                                 **RESPONDENTS**

## CERTIFICATE OF APPEALABILITY

       A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts,  hereby finds that:

       A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

Date: May 13, 2014                               *s/ Halil Suleyman Ozerden*
                                                    HALIL SULEYMAN OZERDEN
                                                    UNITED STATES DISTRICT JUDGE